JURY NOTES         17-62160-Civ-Seitzer

We have come to a decision

8/16/18