UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62160-CIV-SELTZER

CORNELIUS ROBERT CARUSO,

    Plaintiff,

v.

TITAN LIST AND MAILING
SERVICES, INC., and JOAN PIANTADOSI,

    Defendants.
_____/

FILED BY _____ D.C.

AUG 1 6 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**Do you find from a preponderance of the evidence:**

## Minimum Wage Claim:

1. That the Defendants failed to pay the Plaintiff the minimum wage required by law?

   Answer Yes or No  ___Yes___

   If your answer is "No," skip to Question 4. If your answer is "Yes," go to the next question.

2. That the Defendants knew or showed reckless disregard for whether the FLSA prohibited its conduct?

   Answer Yes or No  ___Yes___

3. That the Plaintiff should be awarded damages?

   Answer Yes or No  ___Yes___

   If your answer is "Yes," in what amount? $___1827.07___

15

## Overtime Pay Claim:

4.  That the Defendants failed to pay the Plaintiff the overtime pay required by law?

    Answer Yes or No  ___Yes___

    If your answer is "No," skip to Question 7. If your answer is "Yes," go to the next question.

5.  That the Defendants knew or showed reckless disregard for whether the FLSA prohibited its conduct?

    Answer Yes or No  ___Yes___

6.  That the Plaintiff should be awarded damages?

    Answer Yes or No  ___Yes___

    If your answer is "Yes," in what amount? $___30,196.60___

## Breach of Contract Claim:

7.  That Defendant Titan List and Mailing Services, Inc., breached the parties' verbal contract?

    Answer Yes or No  ___Yes___

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

16

8. That the Plaintiff should be awarded damages?

Answer Yes or No     Yes

If your answer is "Yes," in what amount? $    2,239.00

So Say We All.

Foreperson's Signature

DATE: Aug 16, 2018