UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62160-CIV-SELTZER

CORNELIUS ROBERT CARUSO,

      Plaintiff,

v.

TITAN LIST AND MAILING
SERVICES, INC., and JOAN PIANTADOSI,

      Defendants.
_____/

## INDEX OF ADMITTED EXHIBITS

| Exhibit Number | Description of Exhibit |
|---|---|
| 1 | Employee Handbook (TITAN000236-TITAN000247 / PLAINTIFF000376-PLAINTIFF000387 / Dep. Exh. 13) |
| 2 | IRS Form W-2 2014, 2015, 2016, and 2017 (Composite) (TITAN000172, TITAN000332, TITAN000448-TITAN000449 / PLAINTIFF000265 / Dep. Exh. 11, 12) |
| 4 | Employee QuickReport (TITAN000149 / PLAINTIFF000267 / Dep. Exh. 17) |
| 5 | Time Records (Composite) (TITAN000150-TITAN000166 / PLAINTIFF000243-PLAINTIFF000259 / Dep. Exh. 6, 7) |
| 6 | Pay Stubs (Composite) (TITAN000174-TITAN000234 / TITAN000333-TITAN000400, and TITAN000450-TITAN000457 / PLAINTIFF000268-PLAINTIFF000355 / Dep. Exh. 26) |
| 7 | Payroll Reports (TITAN000167-TITAN000171 / PLAINTIFF000260-PLAINTIFF000264 / Dep. Exh. 23) |
| 8 | Text Message (RCFED000031-RCFED000035 / Dep. Exh. 36) |
| 9 | Text Message (RCFED000320) |
| 11 | Text Message (Ex. 5 to Redstone Deposition) |
| 15 | Text Message |
| 16 | Voicemail from John Flathmann |

| Exhibit Number | Description of Exhibit |
|---|---|
| 17 | Voicemail from John Flathmann |
| 18 | E-mail dated 2018-8-3 |