**John Flathmans**

Exhibit 8
Case No. 17-62160

> You know I won't be sorry for Long Bobby so you should take advantage of it!

> OOG

> I am going nowhere!

Thu, Jun 15, 9:48 PM

> I heard you had to play fucking Tuesday morning tough guy! You weren't so fucking tough Monday afternoon dude! I'm not happy with the fucking production! Really not fucking happy with the

RCFED000031






**John Flathmans**

production! Are you talking shit about some fucking old man with some stents after you fucking show your fucking deer in the headlights eyes! You had that fucking ass chewing coming! So, if you think for one fucking minute I need you in that seat you're fucking crazy dude I'll fucking rock your world selling shit! Don't ever disrespect me again Bobby! I don't give a fuck I have more businesses then you could fucking shake a stick at... think I am

  iMessage 

RCFED000032

     

**John Flathmans**

stick at.. think I am going to pay you 10, 20 or 30 grand a month grand a month with marginal at best talent! I don't think so dude do you? Was it really necessary for you to come out of your mouth against me not smart not smart! And. What is shit about Jeff being my boy! I never gave a man so much fucking to latitude as I have you! The truth is Bobby you could be having felony charges against you just like Rob and Justin and you can tell the DA

RCFED000033

 

**John Flathmans**

why you felt compelled to keep the fucking embezzlement going! I think that anybody heard you run your mouth Tuesday morning needs to hear an apology from you! And I need your apology from you I had no idea you were talking shit!
I'm pretty fucking pissed Bobby!


Out ,

John

Thu, Jun 15, 10:53 PM

  iMessage 

RCFED000034

     


 **John Flathmans** 

> That is the last two texts you just totally blew me away on! We will see how that woek!

Thu, Jun 15, 11:57 PM

> Don't bother coming in tomorrow or anymore! I will take care of your seat! Or, I will get my mom to do it. I have cameras all over the building so, don't go near the building or I will have you picked up quick fast! To bad you took from 400,000 pieces to under 100,000 pieces.

  iMessage 

RCFED000035

