If anyone in my business doesn't respect my husband as me, and not think he is running sales then that's unacceptable as he is the one that got all the new clients in that were given to you! What happen? You didn't even know who they were. I had to ask Amanda for a list because I pay a lot of $$$$ for them to come in to my company! You didn't even know who they were!
I'll stop here but

RCFED000320