Exhibit 11
Case No. 17-62160

**Messages — Bob — Details**

iMessage
Wed, Jul 19, 10:45 AM

Can I call you later?

Absolutely. Anytime.

Wed, Jul 19, 12:07 PM

Sorry. I had to jump on a conference call. All freed up now though.

Wed, Jul 19, 3:45 PM

Are you interested or open to a sales position?

Can i call you in am when i have an empty house. Witching hour right now with the dog three kids lol

Open for sure

Thu, Jul 20, 6:15 AM

How is your morning shaping

EXHIBIT mje5 A.D 2-26-18

**Messages / Bob / Details**

> How is your morning shaping up?

*Sat, Jul 22, 1:43 PM*

> What part of Florida do you live?

Coral Springs. Just west of deerfield beach. Between boca and lauderdale

*Mon, Jul 24, 12:45 PM*

Hey Andy. Will you be around tomorrow to talk

*Mon, Jul 24, 1:56 PM*

> Yes. What time (range) is looking good for you?

Is around noon est ok?

> Perfect. Go ahead and give me a call. I will block off that time for you.

< Messages     **Bob**     Details

> Perfect. Go ahead and give me a call. I will block off that time for you.

Thank you sir

> Absolutely. I am looking forward to talking to you further.

*Tue, Jul 25, 8:40 AM*

Im watching my son. Girls should be home soon then i call without him up my butt

> No problem. I am flexible

*Wed, Jul 26, 7:39 AM*

Morning. Do you think we can be set up by beginning of September or sooner? Our call got me siked up and need to start making moves sooner than later to prove to you and make money for my family



> We could have new clients for you next week.
>
> Can you get a could executive suite options by the end of the week?

Yes, Im already researching it. New to me. Anything particular I need to search for? Key words, inclusive options, etc...

Whats your email

> I think you would want an office with internet already established and potentially a common receptionist.
> Perhaps a 2 office suite if your brother is going to work.
>
> Andy@rsmail.com
>
> Go to www.rsmail.com and register.



> What is the closest major airport?

Ft lauderdale

Wed, Aug 2, 7:27 AM

Hows it going. Waiting on rug then furniture set up today? I know chris is getting his step daughter set up for school. She just moved down this week and school starts soon. Need me to do anything? I been reaching out to guys and have a bunch of stuff set up for Friday

> Just picked up desks. I am heading to Home Depo to get a furniture dolly and a screw gun :)
>
> Then headed over to the office.
>
> I would keep doing what you are doing and I will let you know when we get the keys.