Good afternoon! Due to your BOGUS FEDERAL OVERTIME CHARGES AGAINST TITANS.... made me go back 3 years to prove my case!

You were under oath when you said.... Titans paper work was sloppy! That is SO far from the truth. You know I'm the paper trail Queen. You should have known better! Whoever told you to make that charge

against Titan... you can thank them for everything you're headed for!

Your headed for embezzlement charges, conspiracy charges, perjury charges and much more!

Ps.... I (Joanie) was the only person that cared about you for many years!!! Go figure!!!

How the hell you sleep at night is beyond my comprehension!

See you at trial or in jail! I'm ready & compliant and have everything to lock you up for years!

This is not a threat, it's truth!
Pss, your buddy... My client Alex (Service 1st) is going to have to thank you for his Big Problems coming forward!
That's just 1 client, I have 6 more in the making!
Happy Sunday 😊