| Name | Date modified |
|---|---|
| ~Plaintiff's Third Amended Exhibit List.pdf | 8/4/2018 10:34 A |
| Plaintiff's Exhibit List.doc | 8/15/2018 7:57 P |
| Plf 1 - Handbook.pdf | 8/6/2018 9:16 AN |
| Plf 2 - IRS W-2s.pdf | 6/26/2018 5:17 P |
| Plf 3 - Payroll Transaction Detail.pdf | 6/26/2018 5:17 P |
| Plf 4 - QuickReport.pdf | 6/26/2018 5:18 P |
| Plf 5 - Time Records.pdf | 6/26/2018 5:18 P |
| Plf 6 - Pay Stubs.pdf | 6/26/2018 5:18 P |
| Plf 7 - Payroll Report.pdf | 6/26/2018 5:19 P |
| Plf 8 - Text Message.pdf | 6/26/2018 5:19 P |
| Plf 9 - Text Message.pdf | 6/26/2018 5:20 P |
| Plf 10 - Prior Lawsuit.pdf | 6/28/2018 11:45 |
| Plf 11 - Text Message.pdf | 7/12/2018 10:32 |
| Plf 12 - E-mail.pdf | 7/12/2018 10:48 |
| Plf 13 - E-mail.pdf | 7/12/2018 10:49 |
| Plf 14 - Facebook.pdf | 7/12/2018 10:50 |
| Plf 15 - Text Message.pdf | 7/24/2018 10:53 |
| Plf 16 - Voicemail from John Flathmann.amr | 7/26/2018 1:55 P |
| Plf 17 - Voicemail from John Flathmann.m4a | 7/30/2018 7:48 A |
| Plf 18 - E-mail.pdf | 8/4/2018 10:12 A |