**From:** Jesse Singh <jessesingh@1rhm.com>
**Sent:** Friday, August 3, 2018 11:42:49 PM
**To:** Bobby Caruso
**Subject:** Fwd: Conspiring with Bobby Caruso

Get Outlook for iOS

---

**From:** Bobby Caruso <bobby@titanlists.com>
**Sent:** Friday, August 3, 2018 7:48 PM
**To:** Jesse Singh
**Cc:** Joan Piantadosi
**Subject:** Conspiring with Bobby Caruso

Jesse,

Since Bobby filed a bogus overtime lawsuit against the company that Joanie and I are owners and officer of Because, we filed a ligitamate civil suit against him for allegedly selling clients for referral fees (while employed ) and stealing customers and sensitive data ( after terminated ) forced my us into the opportunity to dig into years of Bobby's felonious behavior of buying his clients business.

Providing false balance forwards, free upgrades from standard to first class mail. Admitting to over clients charging for outputs / setups to compensate his buddy Rob ( also charged ) whom made bonuses on every output / setup because, Rob had the place rigged so, only he could provide simple services to clients.

We have found well over $ 100k in fraud and embezzlement on your account alone before, we stopped analyzing your companies business. $100k is a Felony 1. We believe you conspired with Bobby to this very serious criminal end.

We filed charges with The Head Of The Economic Crime Unit with Broward County Sheriff's Office. With just the one $443.000 Order you placed in December of 2016 was over fulfilled by 100's of thousands of 1st Class Postage and Standard Postage and at least one $63K order that was funded with a false balance forward from that same order where you were provided with $10's of thousands of free postage and data which you were reusing against the fact that Titan was contractually required to destroy the data after 30 days.

There is no way this kind of very serious criminal embezzlement happened without a conspiracy. So, Joanie and I will offer you the opportunity to rollover on Bobby an keep your company name out of this mess.

If we don't here back from you in 24 hours, we will assume that you do not want to cooperate with Titan Lists and Mailing Services, Inc.

We do not feel any kind of way about bringing down any and all companies that broke the law and conspired against a AAA+ Rated 20 year old company that Joanie built with a roll of coins.

Sincerely,

John & Joanie Flathmann
754-302-5931