UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62160-CIV-SELTZER
(CONSENT CASE)

CORNELIUS ROBERT CARUSO,

    Plaintiff,

v.

TITAN LIST AND MAILING
SERVICES, INC., and JOAN PIANTADOSI,

    Defendants.
_____/

## **FINAL JUDGMENT**

**THIS CAUSE** is before the Court upon the conclusion of the trial in this matter and the Jury Verdict entered on August 16, 2018 (ECF No. 85). The Court enters this separate final judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Final judgment is entered in favor of Plaintiff Cornelius Robert Caruso and against Defendants Titan List and Mailing Services, Inc., and Joan Piantadosi (a/k/a Joan Piantadosi Flathmann or Joan Flathmann), jointly and severally, in the amount of $66,286.34, for which let execution issue forthwith.

2.    Post-judgment interest shall accrue at the legal rate of interest allowed under 28 U.S.C. § 1961.

3. The Court reserves jurisdiction to adjudicate post-trial motions and to amend this final judgment (or enter a separate final judgment) for attorneys' fees and costs or to reflect any other rulings in post-trial motions.

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 17th day of August, 2018.

*[signature]*
BARRY S. SELTZER
United States Magistrate Judge

Copies furnished to counsel via CM/ECF