UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62160-CIV-COHN/SELTZER

CORNELIUS ROBERT CARUSO,

    Plaintiff,

vs.

TITAN LIST AND MAILING SERVICES,
INC., and JOAN PIANTADOSI,

    Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon [DE 97] Plaintiff's Motion to Tax Costs. The Court having entered a Final Judgment [DE 89] in favor of Plaintiff, Cornelius Robert Caruso, Plaintiff now seeks to tax the costs incurred pursuant to 28 U.S.C. § 1920. Defendants have not objected to the taxing of costs. The undersigned has reviewed the Bill of Costs and accompanying affidavit and invoices and finds that the costs requested are properly included under 28 U.S.C. § 1920. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Tax Costs [DE 97] is **GRANTED** in the total amount Five Thousand, Forty-Three Dollars and Eighty-Five Cents ($5,043.85), plus interest. A separate judgment will be entered.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of October 2018.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF