UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62160-CIV-SELTZER
(CONSENT CASE)

CORNELIUS ROBERT CARUSO,

       Plaintiff,

v.

TITAN LIST AND MAILING
SERVICES, INC., and JOAN PIANTADOSI,

       Defendants.

_____/

## JUDGMENT

**THIS CAUSE** is before the Court upon the Court's Order [DE 107] granting Plaintiff's Motion to Tax Costs.  The Court enters this separate judgment.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     Judgment is entered in favor of Plaintiff Cornelius Robert Caruso and against Defendants Titan List and Mailing Services, Inc., and Joan Piantadosi (a/k/a Joan Piantadosi Flathmann or Joan Flathmann), jointly and severally, in the amount of $5,043.85, for which sum let execution issue forthwith.

2.     Post-judgment interest shall accrue at the legal rate of interest allowed under 28 U.S.C. § 1961.

3.     The Court reserves jurisdiction to amend this judgment (or enter a separate judgment) for attorneys' fees.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 1st day of

October 2018.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished to counsel via CM/ECF