

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORNELIUS ROBERT CARUSO,**
*Plaintiff-Appellee*

v.

**TITAN LIST AND MAILING SERVICES, INC., JOAN PIANTADOSI,**
*Defendants-Appellants*

---

2018-2312

---

Appeal from the United States District Court for the Southern District of Florida in No. 0:17-cv-62160-BSS, Judge Barry S. Seltzer.

---

**O R D E R**

Pursuant to this court's order of September 27, 2018, and absent a response by either appellant,

IT IS ORDERED THAT:

Appeal 2018-2312 is transferred to the United States Court of Appeals for the Eleventh Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

2          CARUSO v. TITAN LIST AND MAILING SERVICE

<u>November 20, 2018</u>      <u>/s/Peter R. Marksteiner</u>
Date             Peter R. Marksteiner
                    Clerk of Court