# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 03, 2019

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 18-14865-EE
Case Style: Cornelius Caruso v. Titan List and Mailing Service, et al
District Court Docket No: 0:17-cv-62160-BSS

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on January 2, 2019.

Counsel and pro se parties are advised that pursuant to Fed. R. App. P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Elora Jackson/clw, EE
Phone #: (404) 335-6173

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 18-14865-EE

_____

CORNELIUS ROBERT CARUSO,

                              Plaintiff - Appellee,

versus

TITAN LIST AND MAILING SERVICES, INC.,
c/o Joan Piantadosi, Reg. Agent
1020 NW 6th Street
Bay D
Deerfield Beach, FL 33442,
JOAN PIANTADOSI,

                              Defendants - Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir. R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellants Joan Piantadosi and Titan List and Mailing Services, Inc. have failed to file an appellants' brief within the time fixed by the rules, effective January 3, 2019.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Elora Jackson, EE, Deputy Clerk

                                                       FOR THE COURT - BY DIRECTION