UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62160-CIV-SELTZER
(CONSENT CASE)

CORNELIUS ROBERT CARUSO,

    Plaintiff,

vs.

TITAN LIST AND MAILING
SERVICES, INC., and JOAN PIANTADOSI,

    Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon Plaintiff's Second Verified Motion for Attorney's Fees and to Tax Costs [DE 156]. The Court having considered the motion and Defendants' objections thereto [DE157], it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Second Verified Motion for Attorney's Fees and to Tax Costs [DE 156] is **GRANTED IN PART AND DENIED IN PART.** Plaintiff shall be awarded costs in the amount of $188.00 and attorney's fees in the amount of $3,555.00. The Court specifically finds that Plaintiff is not entitled to recover attorney's fees for attending a mediation that was not ordered in this case. A separate Final Judgment shall be entered.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of February 2019.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF