UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62160-CIV-SELTZER
(CONSENT CASE)

CORNELIUS ROBERT CARUSO,

    Plaintiff,

vs.

TITAN LIST AND MAILING
SERVICES, INC., and JOAN PIANTADOSI,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the Court's Order [DE 159] granting in part and denying in part Plaintiff's Second Verified Motion for Attorney's Fees and to Tax Costs. The Court enters this separate judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final judgment is entered in favor of Plaintiff Cornelius Robert Caruso and against Defendants Titan List and Mailing Services, Inc., and Joan Piantadosi (a/k/a Joan Piantadosi Flathmann or Joan Flathmann), jointly and severally, in the amount of Three Thousand Seven Hundred Forty Three Dollars ($3,743.00), for which sum let execution issue forthwith. Post-judgment interest shall accrue at the legal rate of interest allowed under 28 U.S.C. § 1961.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of February 2019.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF