UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62160-CIV-SELTZER

CORNELIUS ROBERT CARUSO,

    Plaintiff,

v.

TITAN LIST AND MAILING
SERVICES, INC., and JOAN PIANTADOSI,

    Defendants.
_____/

## SATISFACTION OF JUDGMENTS

    WHEREAS, judgments were entered in the above action on August 20, 2018 (ECF No. 89 and Instr# 115360718), October 1, 2018 (ECF No. 108 and Instr# 115360719), October 31, 2018 (ECF No. 140 and Instr# 115459586), and February 6, 2019 (ECF No. 160), in favor of Plaintiff Cornelius Robert Caruso and against Titan List and Mailing Services, Inc., and Joan Piantadosi, jointly and severally, in the amount of $180,317.19 plus interest, and said judgments with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall, THEREFORE, full and complete satisfaction of said judgments is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgments.

Dated:  April 3, 2019

    Respectfully submitted,

    */s/ Brian L. Lerner*

    Brian L. Lerner (Fla. Bar No. 177202)
    blerner@kvllaw.com
    Kim Vaughan Lerner LLP
    One Financial Plaza, Suite 2001
    Fort Lauderdale, Florida 33394
    Telephone: (954) 527-1115
    Facsimile: (954) 527-1116
    Attorneys for Plaintiff

STATE OF FLORIDA    )
                    ) SS:
COUNTY OF BROWARD   )

On the 3rd day of April, 2019, before me personally came Brian L. Lerner to me known and known to be a member of the firm of Kim Vaughan Lerner LLP, attorneys for Plaintiff Cornelius Robert Caruso in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.



Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

s/Brian L. Lerner

## SERVICE LIST

| | |
|---|---|
| Stephen C. Breuer | Michael D. Stewart |
| stephen@moffa.law | midstewart@gmail.com |
| allusers@moffa.law | Law Office of Michael D. Stewart |
| Moffa & Breuer, PLLC | 150 SE 2nd Avenue |
| 1776 N. Pine Island Road #102 | Suite 1000 |
| Plantation, Florida 33322 | Miami, Florida 33131 |
| Telephone:  (954) 634-4733 | Telephone:  (305) 590-8909 |
| Facsimile:  (954) 337-0637 | Facsimile:  (305) 415-9920 |
| Attorneys for Defendants | Attorneys for Defendants |
| | |
| Via Transmission of Notices of Electronic Filing Generated by CM/ECF | Via Transmission of Notices of Electronic Filing Generated by CM/ECF and U.S. Mail |